IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )      8:03CR386
                                )
     v.                         )
                                )
FONTA D. WHITLOCK,              )      ORDER
                                )
            Defendant.          )
_____)
```

IT IS ORDERED:

1) A hearing on plaintiff's motion for Rule 35 (Filing No. 43) is scheduled for:

**Thursday, December 1, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

2) That Clarence Mock is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 10th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court